**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-6680**

---

FAVIAN HAYES,

Plaintiff – Appellant,

v.

SIMON MAJOR, Director of SLRDC; OFC DIXON; OFC GARDNER; MAJOR DARRELL MCGHANEY,

Defendants – Appellees,

and

DANIEL JACKSON, inmate at SLRDC; ET AL; ALL IN,

Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.   (4:09-cv-03324-CMC)

---

Submitted:  August 18, 2011          Decided:  August 23, 2011

---

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Favian Hayes, Appellant Pro Se. James M. Davis, Jr., DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Favian Hayes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hayes v. Major, No. 4:09-cv-03324-CMC (D.S.C. May 2, 2011). We deny Hayes's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED